**IN THE UNITED STATES COURT FOR THE
NORTHERN DISTRICT OF FLORIDA**
TALLAHASSEE DIVISION

BOBBI BOLTON,                  CASE NO.:4:03cv307-RH/WCS

    Plaintiff,

Vs.

UNITED STATES OF AMERICA,

    Defendant.

_____/

## REPORT OF PARTIES' PLANNING MEETING

COMES NOW the UNITED STATES OF AMERICA by and through the undersigned Assistant U.S. Attorney, and plaintiff through her counsel, and files this Report of Parties' Planning Meeting in accordance with the Initial Scheduling Order of this Court entered on December 23rd, 2003.

(i)     The parties conferred regarding their willingness to consent to magistrate judge jurisdiction.

(ii)     The plaintiff alleges that the plaintiff was sexually abused by a former employee of the Bureau of Prisons and thereby violated her civil rights. The United States of America denies plaintiff's allegation against it and has raised numerous defenses.

(iii)   Mediation may be helpful after limited discovery.

(iv)    Any amendments to the pleading will be done within 60 days.

(v)     Because defendant correctional officer Jeffrey Linton has not been served to date, and because of pending caseloads and schedules, the parties request that discovery deadline be set for July 1st, 2004. The parties agree that Rule 26(a)(1) disclosures will be due within 30 days.

(vi)    The parties' request that the case be set for trial after the Court acts on dispositive motions.

(vii)   N/A

(viii)  N/A


s/ James V. Cook                    s/ Robert D. Stinson
JAMES V. COOK                       ROBERT D. STINSON
Law Firm of James Cook              Assistant U.S. Attorney
314 West Jefferson Street           111 North Adams Street
Tallahassee, Florida 32301          Tallahassee, Florida 32301
Florida Bar No. 0966843             Florida Bar No. 319406
850-222-8080                        850-942-8430

I HEREBY CERTIFY that a true and correct copy of the forgoing was mailed

This  2nd day of February, 2004, to James V. Cook, Attorney for the

Defendant,  314 West Jefferson, Tallahassee, Florida32301.

 

_____
Robert D. Stinson
Assistant U.S. Attorney