IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BOBBIE BOLTON
   Plaintiff,

v.
                                   CIVIL DIVISION
                                   CASE NO. 4:03CV307-RH/WCS

UNITED STATES OF AMERICA, and
CORRECTIONS OFFICER JEFFREY LINTON,
   Defendant.

## PLAINTIFF'S NOTICE OF SERVING FIRST INTERROGATORIES, REQUEST FOR PRODUCTION AND FOR ADMISSIONS

NOTICE IS HEREBY GIVEN that Plaintiff, through the undersigned attorney, pursuant to the applicable Rules of Civil Procedure, now serves on Defendant(s):

**UNITED STATES OF AMERICA**

1. Interrogatories,

2. Requests for Production, and

3. Requests for Admissions

I CERTIFY a true copy hereof was sent by ☐ hand ☐ fax ☑ mail on 2/16/04 to:

Robert Stinson, Esq.
U.S. Attorney's Office
111 North Adams Street, Ste. 400
Tallahassee, Florida 32301-7717

_____
JAMES V. COOK
Florida Bar Number 0966843
314 West Jefferson Street
Tallahassee, Florida 32301
(850) 222-8080; 561-0836 fax

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

2004 FEB 18 PM 1:08

FILED