# IN THE UNITED STATES COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MARIA BREWSTER ARCHIE aka MARIA BREWSTER HUNT,**

    **Plaintiff,**

                            **CASE NO.:4:03cv307-RH/WCS**

**vs.**

**UNITED STATES OF AMERICA,**

    **Defendant.**

## REPORT OF PARTIES' PLANNING MEETING

COMES NOW the UNITED STATES OF AMERICA by and through the undersigned Assistant U.S. Attorney, and Plaintiff through her counsel, and files this Report of Parties' Planning Meeting in accordance with the Initial Scheduling Order of this Court entered on January 12, 2004.

(i)     The parties conferred regarding their willingness to consent to magistrate judge jurisdiction.

(ii)     The Plaintiff alleges that the Plaintiff was injured by the negligence of the Defendant. The United States of America denies Plaintiff's allegation against it and has raised numerous defenses.

U.S. DISTRICT COURT
NORTHERN DISTRICT FL
TALLAHASSEE
04 FEB 19 PM 3:39

FILED

(iii) Mediation may be helpful after limited discovery.

(iv) Any amendments to the pleading will be done within 60 days.

(v) Because of pending caseloads and schedules, the parties request that discovery deadline be set for June 1st, 2004. The parties agree that Rule 26(a)(1) disclosures will be due within 30 days.

(vi) The parties' request that the case be set for trial after the Court acts on dispositive motions.

(vii) N/A

(viii) N/A

_____ 2/13/04
JAMES V. COOK
Law Firm of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
Florida Bar No. 0966843
850-222-8080

_____
ROY BLONDEAU
Assistant U.S. Attorney
111 North Adams Street
Tallahassee, Florida 32301
Florida Bar No. 0210013
850-942-8430

I HEREBY CERTIFY that a true and correct copy of the forgoing was mailed This 19th day of February, 2004, to James V. Cook, Attorney for the Defendant, 314 West Jefferson, Tallahassee, Florida 32301.

ROY BLONDEAU
Assistant U.S. Attorney