IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BOBBIE BOLTON
    Plaintiff,

v.                                                  CIVIL DIVISION
                                                     CASE NO. 4:03CV307-RH/WCS

UNITED STATES OF AMERICA, and
CORRECTIONS OFFICER JEFFREY LINTON,
    Defendant.

## **FILING UNDER RULE 26(a)(1)**

      COMES NOW the Plaintiff, by and through the undersigned attorney, and makes this filing under Rule 26(a)(1), Federal Rules of Civil Procedure:

A. Name, address and phone number of all persons likely to have discoverable information relevant to disputed facts:

    a. Officer Linton, Federal Correctional Institution, 501 Capital Circle, Tallahassee, Florida 32301, 878-2173.

    b. George Williams, Federal Correctional Institution, 501 Capital Circle, Tallahassee, Florida 32301, 878-2173.

    c. Wynette Brown, Federal Correctional Institution, 501 Capital Circle, Tallahassee, Florida 32301, 878-2173.

    d. Danny Boyd, Federal Correctional Institution, 501 Capital Circle, Tallahassee, Florida 32301, 878-2173.

    e. Dr. Pickens, Federal Correctional Institution, 501 Capital Circle, Tallahassee, Florida 32301, 878-2173.

    f. Dr. Hernandez, Federal Correctional Institution, 501 Capital Circle, Tallahassee, Florida 32301, 878-2173.

    g. Chaplain Ted Harbowy, Federal Correctional Institution, 501 Capital Circle, Tallahassee, Florida 32301, 878-2173.

    h. Dr. Young, Federal Correctional Institution, 501 Capital Circle, Tallahassee, Florida 32301, 878-2173.

    i. Dr. Hanley, Federal Correctional Institution, 501 Capital Circle, Tallahassee, Florida 32301, 878-2173.

j.  Inmate Natasha Johnson, Federal Correctional Institution, 501 Capital Circle, Tallahassee, Florida 32301, 878-2173.

B.  Copy of or a description by category and location of all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts or alleged with particularity in the pleadings:

   a.  Federal Tort Claims Act Form filed 10/29/2002.

   b.  Notice of denial of Plaintiff's claim by BOP Regional Counsel Lisa Sunderman, dated 04/02/2003.

   c.  Forensic report on DNA evidence dated 12/12/2003.

C.  Computation of any category of damages: **Damages will be presented at the close of all discovery.**

D.  Any insurance agreement:  **not applicable to Plaintiff.**


I CERTIFY a true copy hereof was sent by ☐ hand ☐ fax ☒ mail on 02/27/2004, to:

Robert Stinson, Esq.
U.S. Attorney's Office
111 North Adams Street, Ste. 400
Tallahassee, Florida 32301-7717

        s/James V. Cook
        JAMES V. COOK
        Florida Bar Number 0966843
        314 West Jefferson Street
        Tallahassee, Florida 32301
        (850) 222-8080; 561-0836 fax