IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BOBBI BOLTON,

        Plaintiff,

vs.                                     CASE NO. 4:03cv307-RH/WCS

UNITED STATES OF AMERICA,

        Defendant.
_____/

## DEFENDANT'S RULE 26(A)(1) DISCLOSURES

COMES NOW, the United States of America by and through the undersigned Assistant United States Attorney, and hereby submits the following initial disclosures of discovery information, in accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure.

    A.    People with knowledge:

        1.    Jeffery Linton, 8415 W. Tennessee St., Tallahassee, FL 32304 - information about his actions relevant to the complaint

        2.    Bobbie Bolton, Register No. 07304-031, Federal Transfer Center, 7410 S. MacArthur Avenue, P.O. Box 898802, Oklahoma City, OK 73189-8802 - information about her actions relevant to the complaint

        3.    George Williams, Special Investigative Agent, Federal Correctional Institution, 501 Capital Circle, N.E., Tallahassee, FL 32301 - information concerning his investigation into plaintiff's allegations

        4.    Dr. B. Hernandez-Ricoff, Clinical Director, Federal Correctional Institution, 501 Capital Circle, N.E., Tallahassee, FL 32301 - information concerning the medical care plaintiff received subsequent to her complaints to prison staff

        5.    Lonnie Davis, Special Agent, Office of the Inspector General, 3800

Inverrary Blvd., Suite 312, Ft. Lauderdale, FL 33319 - information concerning his investigation into plaintiff's allegations

6. Pat Sanford, Special Agent, Federal Bureau of Investigation, 227 North Bronough Street, Suite 6300, Tallahassee, FL 32301 - information concerning his investigation into plaintiff's allegations.

7. Wynette Kirby-Brown, Drug Treatment Specialist, Federal Correctional Institution, 501 Capital Circle, N.E., Tallahassee, FL 32301 - information concerning plaintiff's report of sexual abuse to prison staff.

8. Allen Hanley, Chief Psychologist, Federal Correctional Institution, 501 Capital Circle, N.E., Tallahassee, FL 32301 - information concerning plaintiff's mental health status, as well as information on the Sexual Abuse Assault Intervention and Prevention Program at FCI Talladega.

B. Description of Documents

1. Plaintiff's central file, located at her institution of confinement

2. Plaintiff's medical file, located at her institution of confinement

3. Defendant Linton's Personnel file, located at FCI Tallahassee

4. Defendant Linton's training record, located at FCI Tallahassee

5. SIS file concerning alleged sexual abuse on July 21 and 29, 2002, located at FCI Tallahassee

6. Investigative material in <u>USA v. Linton</u>, 4:03cr26WCS, located at the Office of the Inspector General, Miami Field Office

7. FTCA administrative claim file for plaintiff's claim, No. TRT-SER-2003-00706

8. Administrative grievances filed by plaintiff relevant to the issues raised in the complaint.

The United States of America is disclosing the existence of the above information but maintains that some of it is not discoverable. The United States of America preserves any and all objections to its disclosures.

C.	Computation of Damages -	None

Respectfully submitted,

GREGORY R. MILLER
United States Attorney

s/ Robert D. Stinson
ROBERT D. STINSON
Assistant U.S. Attorney
Fla. Bar No. 319406
111 North Adams St., 4th Floor
Tallahassee, Florida 32301
850/942-8430

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was filed electronically on this 2nd day of March, 2004, and that James V. Cook, Attorney for Plaintiff, is registered to be notified by the CM/ECF electronic mail system.

s/ Robert D. Stinson
Attorney