IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BOBBIE BOLTON
    Plaintiff,

v.                                         Case No. 4:03cv307-RH/WCS

UNITED STATES OF AMERICA, and
CORRECTIONS OFFICER JEFFREY LINTON,
    Defendants.
_____/

### RESPONSE TO PLAINTIFF'S REQUEST FOR ADMISSIONS FROM DEFENDANT UNITED STATES OF AMERICA

COMES NOW, Defendant United States of America, by and through the undersigned Assistant United States Attorney, and responds to Plaintiff's Request for Admissions from the Defendant United States of America, pursuant to Federal Rules of Civil Procedure. Each request is set forth as propounded, with the objections and/or responses immediately following.

| | |
|---|---|
| REQUEST FOR ADMISSION NO. 1: | The Plaintiff has performed all the acts precedent to the filing of this lawsuit or those conditions have otherwise been performed. |
| RESPONSE NO. 1: | DENIED. Service has not been properly affected as to the United States of America in this matter. |
| REQUEST FOR ADMISSION NO. 2: | Defendant failed to secure a DNA sample from Defendant JEFF LINTON. |
| RESPONSE NO. 2: | DENIED. A DNA swab was obtained by FBI. |
| REQUEST FOR ADMISSION NO. 3: | Defendant failed to follow its own policies in investigating Plaintiff's claim of rape. |
| RESPONSE NO. 3: | DENIED. Bureau of Prisons policies were |

followed in the investigation of Plaintiff's claims.

| | |
|---|---|
| REQUEST FOR ADMISSION NO. 4: | Defendant JEFF LINTON was terminated from service with Defendant. |
| RESPONSE NO. 4: | DENIED. Mr. Linton resigned from employment with the Bureau of Prisons. |
| REQUEST FOR ADMISSION NO. 5: | Defendant JEFF LINTON violated Agency Rules and Regulations in his actions relating to the incident complained of. |
| RESPONSE NO. 5: | OBJECTION. This request is vague and non-specific. There is no way for Defendant United States to determine what is meant by "in his actions relating to the incident complained of." Defendant United States does ADMIT that Bureau of Prisons policies, procedure and federal statute make it improper for Bureau of Prisons staff to engage in sexual contact with inmates. |

Respectfully submitted,

GREGORY R. MILLER
United States Attorney


s/ *Robert D. Stinson*
ROBERT D. STINSON
Assistant U.S. Attorney
Fla. Bar No. 319406
111 North Adams St., 4th Floor
Tallahassee, Florida 32301
850/942-8430

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed electronically on this 8th day of March, 2004, and that James V. Cook, Attorney for Plaintiff, is registered to be notified by the CM/ECF electronic mail system.

s/ *Robert D. Stinson*
Attorney