IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BOBBI BOLTON,**

    Plaintiff,

vs.                               CASE NO. 4:03cv307-RH/WCS

**UNITED STATES OF AMERICA,**

  &nbsd; Defendant.
_____/

## NOTICE OF SERVING ANSWERS TO INTERROGATORIES

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, which hereby gives Notice of Service of its Answers to Interrogatories to James V. Cook, Attorney for Plaintiff, by United States Mail on the 24th of March, 2004.

                              Respectfully submitted,

                              GREGORY R. MILLER
                              United States Attorney

                              s/ *Robert D. Stinson*
                              ROBERT D. STINSON
                              Assistant U.S. Attorney
                              Fla. Bar No. 319406
                              111 North Adams St., 4th Floor
                              Tallahassee, Florida 32301
                              850/942-8430

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was filed electronically on this 24th day of March, 2004, and that James V. Cook, Attorney for Plaintiff, is registered to be notified by the CM/ECF electronic mail system.

                                                  s/ *Robert D. Stinson*
                                                  Attorney