IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BOBBI BOLTON,

    Plaintiff,

vs.                               CASE NO. 4:03cv307-RH/WCS

UNITED STATES OF AMERICA,

    Defendant.
_____/

**NOTICE OF SERVICE OF SERVICE OF DEFENDANT'S FIRST
INTERROGATORIES TO PLAINTIFF AND
<u>REQUEST FOR PRODUCTION OF DOCUMENTS</u>**

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, which hereby gives Notice of Service of its First Interrogatories to Plaintiff and Request for Production of Documents to James V. Cook, Attorney for Plaintiff, by United States Mail on the 1st of April, 2004.

                                    Respectfully submitted,

                                    GREGORY R. MILLER
                                  United States Attorney

                                <u>s/ *Robert D. Stinson*</u>
                                ROBERT D. STINSON
                                Assistant U.S. Attorney
                                Fla. Bar No. 319406
                                111 North Adams St., 4th Floor
                                Tallahassee, Florida 32301
                                850/942-8430

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the foregoing was filed electronically on this 1st day of April, 2004, and that James V. Cook, Attorney for Plaintiff, is registered to be notified by the CM/ECF electronic mail system.

                                              s/ *Robert D. Stinson*
                                              Attorney