IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BOBBI BOLTON,**

        **Plaintiff,**

vs.                                         CASE NO. 4:03cv307-RH/WCS

**UNITED STATES OF AMERICA,**

        **Defendant.**

_____/

## NOTICE OF DEPOSITION

TO:   James V. Cook
       Attorney for Plaintiff
       314 West Jefferson Street
       Tallahassee, Florida 32302

    PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the undersigned will take the deposition of **BOBBI BOLTON,** beginning at 9:00 a.m., EST, on the 3rd day of May, 2004, at the Federal Correctional Institution, 33½ Pembroke Road, Danbury, Connecticut 06811, before an officer authorized to administer oaths. You are authorized to attend and appear as you deem proper.

The deposition shall continue until completed and shall be taken for all purposes permitted by the Federal Rules of Civil Procedure.

Respectfully submitted,

GREGORY R. MILLER
United States Attorney


 s/ *Robert D. Stinson*
Robert D. Stinson
Assistant U.S. Attorney
U.S. Attorney's Office
111 North Adams St., 4th Floor
Tallahassee, FL 32301-1841
(850) 942-8430
FL Bar No.  319406

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was filed electronically on this 23rd day of April, 2004, and that James V. Cook, Attorney for Plaintiff, is registered to be notified by the CM/ECF electronic mail system.

s/ *Robert D. Stinson*
Attorney