IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BOBBI BOLTON,

    Plaintiff,

vs.

UNITED STATES OF AMERICA and
CORRECTIONS OFFICER JEFFREY
LINTON,

    Defendant.

CASE NO.: 4:03cv307-RH/WCS

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that GARY LEE PRINTY hereby enters his appearance as counsel on behalf of Defendant, JEFFREY LINTON, in this cause and requests to be listed in the Court file as counsel for Defendant Jeffrey Linton. All notices, pleadings or other documents and communications should be directed to the undersigned.

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been furnished by U.S. Mail/FAX Transmission/Hand Delivery to James Vernon Cook, Attorney for Plaintiff, Law Office of James V. Cook, 314 W. Jefferson St., P.O. Box 10021 [32302], Tallahassee, FL 32301-1608, FAX No. (850) 561-0836, and to Robert Del Stinson, Assistant U.S. Attorney, Attorney for Defendant USA, Office of the U.S.

Attorney, Northern District of Florida, 111 N. Adams St., 4th Flr., Tallahassee, FL 32301, FAX No. (850) 942-8448, this 30th day of June 2004.

        Respectfully submitted,

        /s Gary Lee Printy
        GARY LEE PRINTY
        FL BAR NO. 363014
        THE LAW OFFICE OF GARY LEE PRINTY
        1804 Miccosukee Commons Dr., Suite 200
        Tallahassee, Florida 32308-5471
        Telephone: (850) 877-7299
        FAX: (850) 877-2211

        ATTORNEY FOR DEFENDANT
        JEFFREY LINTON