IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BOBBI BOLTON,

    Plaintiff,

vs.                      CASE NO.: 4:03cv307-RH/WCS

UNITED STATES OF AMERICA and
CORRECTIONS OFFICER JEFFREY
LINTON,

    Defendant.

## MOTION TO ENLARGE TIME FOR DISCOVERY

Defendant, JEFFREY LINTON, by and through the undersigned counsel, hereby moves this Court for an enlargement of the time allowed within which to conduct discovery in the captioned matter and, as cause therefor, states:

1. Defendant retained the undersigned counsel to represent him in defense of this matter on June 30, 2004.

2. The undersigned counsel has not yet reviewed the Complaint herein, but anticipates filing a Responsive Pleading.

3. The undersigned counsel has reviewed a copy the Order Extending Deadline for Service of Process [DOC. 22], entered May 18, 2004, and the Civil Docket, including the

Pre-trial Order [DOC. 23], which indicates a Trial date of September 7, 2004 and Pre-Trial Conference date of August 13, 2004

    4.    Discovery is scheduled to close this date, June 30, 2004.

    5.    The undersigned counsel anticipates requiring additional time within which to properly prepare a defense on behalf of the defendant and requests an enlargement of ninety (90) days within which to conduct discovery.

    6.    Robert D. Stinson, Attorney for the Co-defendant, United States of America, has been contacted by the undersigned counsel with regard to the enlargement of time for discovery and he does not object to this Motion.

    7.    James V. Cook, Attorney for Plaintiff, left a telephone message on the undersigned counsel's voice mail stating that he will be out of town for ten days, or until July 10, 2004. The undersigned counsel has attempted to return Attorney Cook's telephone call and although the undersigned counsel has left a telephone message for Attorney Cook on his mobile telephone, Attorney Cook has not yet returned the call with regard to this motion.

    8.    The undersigned counsel for Defendant Linton, anticipates an attorney planning conference with James V. Cook and Robert D. Stinson, to allow the parties to work out a proposed, amended discovery and trial schedule for submission to the Court for review.

WHEREFORE, Counsel for Defendant, Jeffrey Linton, respectfully requests this Honorable Court enlarge the time within which to conduct discovery herein for an additional ninety (90) days, or for a period as agreed upon by the parties in the Amended Report of Attorney Planning Conference, or as agreed upon by the parties after approved by this Court.

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Enlargement of Time for Discovery has been furnished by U.S. Mail/FAX Transmission/Hand Delivery to James Vernon Cook, Attorney for Plaintiff, Law Office of James V. Cook, 314 W. Jefferson St., P.O. Box 10021 [32302], Tallahassee, FL 32301-1608, FAX No. (850) 561-0836, and to Robert Del Stinson, Assistant U.S. Attorney, Attorney for Defendant USA, Office of the U.S. Attorney, Northern District of Florida, 111 N. Adams St., 4th Flr., Tallahassee, FL 32301, FAX No. (850) 942-8448, this 30th day of June 2004.

    Respectfully submitted,

    /s Gary Lee Printy
    GARY LEE PRINTY
    FL BAR NO. 363014
    THE LAW OFFICE OF GARY LEE PRINTY
    1804 Miccosukee Commons Dr., Suite 200
    Tallahassee, Florida 32308-5471
    Telephone: (850) 877-7299
    FAX: (850) 877-2211

    ATTORNEY FOR DEFENDANT
    JEFFREY LINTON