IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BOBBI BOLTON,

    Plaintiff,

vs.

CASE NO.: 4:03cv307-RH/WCS

UNITED STATES OF AMERICA and
CORRECTIONS OFFICER JEFFREY
LINTON,

    Defendant.

## ANSWER AND AFFIRMATIVE DEFENSE

Defendant, JEFFREY LINTON, by and through the undersigned attorney, in response to each like-numbered allegation contained in Plaintiff's Complaint and Demand for Jury Trial, states:

1.     Admitted.

2.     Admitted.

3.     Admitted.

4.     Denied.

5.     Without knowledge.

## GENERAL ALLEGATIONS

6.     Admitted.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Defendant admits that he had consensual, sexual relations with the Plaintiff, Bobbi Bolton, sometime in July.

12. Defendant admits that he had consensual, sexual relations with the Plaintiff, Bobbi Bolton, but defendant is without knowledge as to what plaintiff did after having engaged in consensual sex with Defendant, Jeffrey Linton.

13. Without knowledge.

14. Without knowledge.

15. Without knowledge.

16. Without knowledge.

17. Defendant admits that he engaged in consensual sex with the plaintiff.

18. Without knowledge.

**COUNT I: EXCESSIVE FORCE (FOURTH AMENDMENT)**
**AS TO DEFENDANT LINTON**

19. Admit.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

## COUNT II: CRUEL AND UNUSUAL PUNISHMENT (EIGHTH AMENDMENT) AS TO DEFENDANT LINTON

25. Admitted.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

## COUNT III: FEDERAL TORT CLAIMS ACT (NEGLIGENCE) AS TO THE UNITED STATES

31. Without knowledge.

32. a. Without knowledge.

    b. Without knowledge.

    c. Without knowledge.

33. Without knowledge.

34. Without knowledge.

## COUNT IV: FEDERAL TORT CLAIMS ACT (BATTERY) AS TO DEFENDANT UNITED STATES

35. Without knowledge.

36. Denied.

37. Denied.

38. Denied.

## AFFIRMATIVE DEFENSE

All sexual acts between the Defendant, Jeffrey Linton, and the Plaintiff, Bobbi Bolton, were consensual in nature and committed without intent to injure or harm in anyway.

I HEREBY CERTIFY that a true and correct copy of the foregoing Answer and Affirmative Defense has been furnished by U.S. Mail/FAX Transmission/Hand Delivery to James Vernon Cook, Attorney for Plaintiff, Law Office of James V. Cook, 314 W. Jefferson St., P.O. Box 10021 [32302], Tallahassee, FL 32301-1608, FAX No. (850) 561-0836, and to Robert Del Stinson, Assistant U.S. Attorney, Attorney for Defendant USA, Office of the U.S. Attorney, Northern District of Florida, 111 N. Adams St., 4th Flr., Tallahassee, FL 32301, FAX No. (850) 942-8448, this 14th day of July 2004.

Respectfully submitted,

/s Gary Lee Printy
GARY LEE PRINTY
FL BAR NO. 363014
THE LAW OFFICE OF GARY LEE PRINTY
1804 Miccosukee Commons Dr., Suite 200
Tallahassee, Florida 32308-5471
Telephone: (850) 877-7299
FAX: (850) 877-2211

ATTORNEY FOR DEFENDANT
JEFFREY LINTON