IN THE U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BOBBIE BOLTON
     Plaintiff,

vs.

                               CASE NO. 4:03CV307-RH/WCS

UNITED STATES OF AMERICA, and
CORRECTIONS OFFICER JEFFREY LINTON,
     Defendants.

**STIPULATED MOTION OF THE PARTIES
FOR EXTENSION OF TIME**

COME NOW the Parties, BOBBI BOLTON, THE UNITED STATES, and JEFFREY LINTON, by and through the undersigned attorneys, and move this Honorable Court for a 60-day extension of Discovery and continuance of Pretrial and Trial dates and as grounds would show:

1.  On service of the Defendant JEFFREY LINTON on June 17, 2004, the Court extended discovery to August 2, 2004, deferring any further consideration of extension until after the attorney conference and requiring any subsequent motion for extension to state the position of all the Parties.

2. The attorneys met on July 14, 2004, as required by the Court's Order of May 18, 2004, and agreed that each of the parties needed additional time for discovery, including written discovery and depositions, and that the schedules of the attorneys included some trips out of town that would limit choices of deposition dates.

3. The attorneys agree that an additional 90 days is needed to complete discovery and that a trial should be set at the conclusion of dispositive motions.

4. This request is not made for the purpose of unnecessary delay, is made in good faith, and will not unduly prejudice a party.

WHEREFORE, the undersigned attorneys move the Court to grant an extension of time of 60 days to complete discovery as well as additional time for completion of pretrial pleadings and papers and that the pretrial conference and trial now set for September 7, 2004, be continued accordingly.

Respectfully submitted,


s/James Cook_____
JAMES V. COOK
For the Plaintiff
Florida Bar Number 0966843
314 West Jefferson Street
Tallahassee, Florida 32301
(850) 222-8080; 561-0836 fax


s/Robert Stinson_____
ROBERT STINSON
For the United States of America


s/Gary Printy_____
GARY PRINTY
For Jeffrey Linton

CERTIFICATE OF SERVICE

I CERTIFY that the foregoing was filed electronically on 7/20/04 and that the person(s) noted below is/are registered to be notified by the CM/ECF electronic mail system:

Robert Stinson, Esq.
U.S. Attorney's Office
111 North Adams Street, Ste. 400
Tallahassee, Florida 32301-7717

Gary Printy, Esq.
Law Office of Gary Printy
1804 Miccosukee Commons Dr., Ste. 200
Tallahassee, Florida 32308-5471

s/James Cook_____
JAMES V. COOK