**IN THE UNITED STATES COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**BOBBI BOLTON,**           **CASE NO.:4:03cv307-RH/WCS**

    **Plaintiff,**

**Vs.**

**UNITED STATES OF AMERICA,**

    **Defendant.**

### REPORT OF PARTIES' PLANNING MEETING

COME NOW the PARTIES, through counsel, and file this Report of Parties' Planning Meeting in accordance with the Initial Scheduling Order of this Court entered on December 23rd, 2003, and modified by its Order of May 18, 2004.

    (i)    The parties conferred regarding their willingness to consent to magistrate judge jurisdiction.

    (ii)    The plaintiff alleges that the plaintiff was sexually abused by Defendant Linton, a former employee of the Bureau of Prisons, who thereby violated her civil rights. The United States of America and Linton deny plaintiff's allegation and have raised numerous defenses.

    (iii)    Mediation may be helpful after limited discovery.

    (iv)    Any amendments to the pleading will be done within 60 days.

(v) Because defendant correctional officer Jeffrey Linton was only served on June 17, 2004, and because of pending caseloads and travel schedules, the parties request that discovery deadline be set for October 1, 2004, and that the pretrial and trial dates be continued accordingly. The parties agree that Rule 26(a)(1) disclosures will be due within 14 days.

(vi) The parties request that the case be set for trial after the Court acts on dispositive motions.

(vii) N/A

(viii) N/A

Respectfully submitted,

s/James Cook_____
JAMES V. COOK
For the Plaintiff
Florida Bar Number 0966843
314 West Jefferson Street
Tallahassee, Florida 32301
(850) 222-8080; 561-0836 fax

s/Robert Stinson_____
ROBERT STINSON
For the United States of America

s/Gary Printy_____
GARY PRINTY
For Jeffrey Linton