# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

BOBBI BOLTON,

    Plaintiff,

v.                                        CASE NO. 4:03cv307-RH/WCS

UNITED STATES OF AMERICA,
et al.,

    Defendants.

_____/

## ORDER EXTENDING DISCOVERY DEADLINE AND CONTINUING TRIAL

Upon consideration of the parties' stipulated motion for extension of the discovery deadline and continuance of the trial (document 33) and updated joint scheduling report (document 34),

IT IS ORDERED:

1. The parties' joint motion (document 33) to extend the discovery deadline is GRANTED. The discovery deadline is extended to October 1, 2004.

2. The deadline for the attorney conference required by the Order for Pretrial Conference docketed June 15, 2004 (document 23) is extended to October 29, 2004.

3. The deadline for filing the pretrial stipulation and other papers required by paragraphs III and IV of the Order for Pretrial Conference docketed June 15, 2004 (document 23) is extended to November 12, 2004.

4. The clerk shall reschedule the pretrial conference for the first available date on or after November 14, 2004. The pretrial conference previously set for August 13, 2004, is canceled.

5. Trial is rescheduled for the two-week trial period commencing December 6, 2004.[1] Within 14 days of the date of this order, any party with a conflict with that trial period may file a notice so indicating, and such notice will be given such consideration as may appear appropriate.

6. No further extensions of the discovery deadline or trial date will be granted absent extraordinary circumstances that were neither foreseen nor foreseeable.

SO ORDERED this 4th day of August, 2004.

                                    s/Robert L. Hinkle
                                    Chief United States District Judge

---

[1] The parties have requested that no trial date be set until after a ruling on potentially dispositive motions. The deadline for such motions is 20 days after the discovery deadline, or October 21, 2004. A ruling on any such motions will be made prior to trial—ordinarily by not later than the date of the pretrial conference. Parties can avoid unnecessary trial preparation by filing such motions early; their filing need not await the deadline.

*Case No: 4:03cv307-RH/WCS*