

**JAMES V. COOK**
ATTORNEY-AT-LAW

314 WEST JEFFERSON STREET
REPLY TO: POST OFFICE BOX 10021
TALLAHASSEE, FLORIDA 32302

(850) 222-8080
FAX: (850) 561-0836

File
WCS 9-20-04

September 13, 2004

Re:  Bolton v. United States

Magistrate Judge William C. Sherrill
Care of Clerk of the U.S. District Court
U.S. Courthouse, Ste. 322
111 North Adams Street
Tallahassee, Florida 32301-7717

4:03cv307-RH/WCS

Dear Magistrate Sherill:

I noted your denial today of John Green's pro hac vice application.

Enclosed, please find a copy of the check for $170.00 that I had hand-delivered to the U.S. District Court on or about June 30, 2004, for the original pro hac vice application fee for my co-counsel John Green. I was on vacation out of state at the time so I don't know how it was presented to the clerk's office but I have copied the back as well showing that it was deposited by the clerk's office.

Some time prior to that, I also filed the original Motion for admission pro hac vice and it had appended to it John Green's original certificate of good standing. I think you will find it in the file.

Sorry for contributing to the confusion. I hope this will suffice to grant the Motion.

Sincerely,

James V. Cook
Attorney-at-Law

Enclosure: copy of check 3210 to U.S. District Clerk, front and back.

Copy: file

Robert Stinson, Esq.
U.S. Attorney's Office
111 North Adams Street, Ste. 400
Tallahassee, Florida 32301-7717

Gary Printy, Esq.
Law Office of Gary Printy
1301 Miccosukee Road
Tallahassee, Florida 32308-5068

Mr. John L. Green, Esq.
Law Office of John Green
4888 Loop Central Drive
Houston, Texas 77081

**James Cook**

**From:** flnd_flncmecf@flnd.uscourts.gov
**Sent:** Monday, September 13, 2004 10:51 AM
**To:** flnd_clerk@flnd.uscourts.gov
**Subject:** Activity in Case 4:03-cv-00307-RH-WCS BOLTON v. UNITED STATES, et al "Order on Motion to Appear Pro Hac Vice"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Northern District of Florida - District Version 1

Notice of Electronic Filing

The following transaction was received from SHERRILL, WILLIAM entered on 9/13/2004 at 9:50 AM CDT and filed on 9/13/2004
**Case Name:** BOLTON v. UNITED STATES, et al
**Case Number:** 4:03-cv-307
**Filer:**
**Document Number:** 45

**Docket Text:**
ORDER denying [44] Motion to Appear Pro Hac Vice. No part of the $70 fee has been paid, and the certificate of good standing, dated December 18, 2003, is a copy, not an original.

s/ William C. Sherrill, Jr.
United States Magistrate Judge (wcs, Tallahassee)

The following document(s) are associated with this transaction:

**4:03-cv-307 Notice will be electronically mailed to:**

JAMES VERNON COOK     cookjv@nettally.com, cookjv@jvcooklaw.com

GARY LEE PRINTY     attygaryprinty@earthlink.net, gary@talstar.com

ROBERT DEL STINSON     bobby.stinson@usdoj.gov, jan.mcelveen@usdoj.gov;deborah.tudor@usdoj.gov

**4:03-cv-307 Notice will not be electronically mailed to:**

---
Incoming mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.749 / Virus Database: 501 - Release Date: 9/1/2004

9/13/2004

**JAMES V. COOK**
ATTORNEY-AT-LAW
POST OFFICE BOX 10021
TALLAHASSEE, FLORIDA 32302
(850) 222-8080

CHECK NO. 3210
63-778/631

**SUNTRUST**
SunTrust Bank, Tallahassee, N.A.
Tallahassee, FL

PAY TO THE ORDER OF

One Hundred Seventy ************************************************ 00/100

Clerk of the U.S. District Court

DATE Jun 30/2004    AMOUNT $170.00

Filing Fee (PRO HAC VICE)

*Jim Cook*

⑆003210⑆ ⑈063107788⑈ 078700051490⑆

"000000₁7000"

