IN THE U.S. DISTRICT COURT
TALLAHASSEE DISTRICT OF FLORIDA
NORTHERN DIVISION

BOBBIE BOLTON,
     Plaintiff,
vs.                               CIRCUIT CIVIL
                                        CASE NO. 4:03CV307-RH/WCS

UNITED STATES OF AMERICA, and
CORRECTIONS OFFICER JEFFREY LINTON
     Defendant.

## NOTICE OF SETTLEMENT

     NOTICE IS HEREBY GIVEN that the Plaintiff has settled all claims against all Defendants. According to the settlement, upon signing of mutual releases, all parties will stipulate to Dismissal of this Cause. Each Party will bear its own fees and costs.

                        Respectfully submitted,

                        *s/James V. Cook*
                        JAMES V. COOK
                        Florida Bar Number 0966843
                        314 West Jefferson Street
                        Tallahassee, Florida 32301
                        (850) 222-8080; 561-0836 fax

I CERTIFY that the foregoing was filed electronically on 11/23/04 and that the person noted below is registered to be notified by the CM/ECF electronic mail system:

Robert Stinson, Esq.
U.S. Attorney's Office
111 North Adams Street, Ste. 400
Tallahassee, Florida 32301-7717

Jenifer Grundy Hollett, Esq.
Consolidated Legal Center
501 Gary Hill Road, P.O. B. 723
Edgefield, SC 29918

Gary Lee Printy, Esq.
Law Office of Gary Lee Printy
1804 Miccosukee Commons Dr., Ste. 200
Tallahassee, Florida 32308-5471

                        *s/James V. Cook*
                        JAMES V. COOK, ESQ.