UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BOBBIE BOLTON,

    VS                                      CASE NO.  4:03cv307-RH/WCS

UNITED STATES OF AMERICA, and
CORRECTIONS OFFICER JEFFREY
LINTON,

## JUDGMENT

The parties are ordered to abide by their settlement agreement.  The court reserves jurisdiction to enforce the order to abide by settlement agreement.  All claims in this action are voluntarily dismissed with prejudice in accordance with Federal Rule of Civil Procedure 41.

                                        WILLIAM M. McCOOL, CLERK OF COURT

| | |
|---|---|
| November 30, 2004 | s/Angela M. Maxwell |
| DATE | Deputy Clerk: Angela M. Maxwell |

Entered On Docket: _____  By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to: _____

Document No.